**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No.  15-CR-200-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SHAWN SHIELDS,

    Defendant.

---

**SHAWN SHIELDS  PROPOSED VOIR DIRE QUESTIONS**

---

    Shawn Shields submits the following proposed questions to ask of potential jurors during the jury selection process:

    How do you feel about a prisoner at a super-maximum security prison being given the right to a jury trial and the presumption of innocence when he has been accused of hiding a homemade sharpened object in his rectum?

    Who believes that if someone in a super-maximum security prison is accused of a crime by prison guards he must be guilty of it?

    Can you imagine a prisoner at a super-maximum being unjustly accused of a crime?  Do you think that ever happens?  Do you think it is possible?

    The law states that there are limited times when a person can be found not guilty of a crime if he has shown that he committed the crime trying to avoid imminent harm to himself or others.  This is sometimes referred to as having to make a choice of evils or as a crime being excused by necessity:   Do you believe that it should never be a defense to a crime that it was done to avoid another imminent harm?  Why? Why not?

1

Do you believe that hiding a homemade sharpened object in one's rectum does not imply that the person was desperate to defend himself? Why? Why not?

Who here does not believe that hiding a homemade sharpened object in your rectum indicates the person doing it had no other alternative? Why? Why not?

Who believes that hiding a homemade sharpened object in your rectum is common in prison?

DATED at Denver, Colorado this, 12th   day of  February  , 2018       .

s/ Abraham V Hutt
Abraham V Hutt
#14137
Recht Kornfeld PC
1600 Stout Street, Suite 1400
Denver, Colorado   80202
(303) 573-1900

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the forgoing was served this  12th   day of February, 2018 by ECF upon:

Valeria Neale Spencer     Valeria.Spencer@usdoj.gov, CaseView.ECF@usdoj.gov, USACO.ECFCriminal@usdoj.gov, valerie.nielsen@usdoj.gov

Clay C. Cook     c2cook@bop.gov, clay.cook@usdoj.gov, mackenzie.bray@usdoj.gov

Celeste Brianne Rangel     celeste.rangel@usdoj.gov, CaseView.ECF@usdoj.gov, Harmony.Ragland@usdoj.gov, Kelsey.Totura@usdoj.gov, diana.brown@usdoj.gov, maggie.grenvik@usdoj.gov, usaco.ecfcriminal@usdoj.gov

s/ Leni Charles
Legal Assistant
