U.S. Department of Justice  
United States Marshals Service

**PROCESS RECEIPT AND RETURN**  
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

FILED  
U.S. DISTRICT COURT  
DISTRICT OF COLORADO  
2018 FEB 15 PM 2:39  
JEFFREY P. COLWELL  
CLERK  
BY_____ DEP. CLK

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| USA | 15-cr-00200-REB |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Shawn Shields | Order and Writ of Habeas Corpus ad Testificandum |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN  
(WITNESS) Donald Heisler Reg. Number 05680-089

ADDRESS *(Street or RFD, Apartment No., City State and Zip Code)*  
USP Florence, ADMAX, 5880 Highway 67 South, Florence, Colorado 81226

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

United States District Court  
District of Colorado  
901 19th Street - A105  
Denver, CO 80294

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

**Personally Serve Warden USP Florence, ADMAX for witness to appear at trial February 21, 2018 at 10:00am.**

| Signature of Attorney or other Originator requesting service on behalf of: ___ PLAINTIFF | TELEPHONE NUMBER | DATE |
|---|---|---|
| s/A. Thomas Deputy Clerk ___ DEFENDANT | 303-844-3433 | 02/09/2018 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process 1 | District of Origin No. 13 | District to Serve No. 13 | Signature of Authorized USMS Deputy or Clerk A Marcaida | Date 2/9/18 |

I hereby certify and return that I __X__ have personally served, _____ have legal evidence of service, _____ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, etc., shown at the address indicated below.

_____ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served *(if not shown above)*  
CLAY COOK, BOP SENIOR ATTORNEY ADVISOR

_____ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*

Date of Service: 2/13/18  
Time: 11:00 am  

Signature of U.S. Marshal or Deputy  
_____ 4290

| Service Fee $65 | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges $65 | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |

REMARKS:

✓ JD15                                                          closed ✓  
                                                                 JP15

PRIOR EDITIONS MAY BE USED       **1. CLERK OF THE COURT**       FORM USM-285 (Rev. 12/15/80)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 15-cr-00200-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. SHAWN SHIELDS,

    Defendant.

---

**ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

---

**Blackburn, J.**

The matter is before me on the defendant Shawn Shields's **Petition for Writ of Habeas Corpus Ad Testificandum for Donald Heisler** [#85],[1] filed February 8, 2018. After reviewing the motion and the record, I conclude the motion should be granted and that a writ of habeas corpus ad testificandum should be issued for Donald Heisler.[2]

**THEREFORE, IT IS ORDERED** as follows:

1. That the defendant's **Petition for Writ of Habeas Corpus Ad Testificandum for Donald Heisler** [#85], filed February 8, 2018, is granted;

2. That a Writ of Habeas Corpus Ad Testificandum shall be issued for

---

[1] "[#85]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

[2] Although the defendant makes no effort to circumstantiate necessity and materiality of the testimony of the putative witness, I can and do discern "the necessity of the witness's presence for an adequate defense." **FED.R.CRIM.P.** 17(b).

Donald Heisler
Registration Number 05680089
USP Florence, ADMAX
5880 Highway 67 South
Florence, Colorado 81226,

to appear in court to testify at trial on February 21, 2018, at 10:00 a.m. (MST);

3. That the United States Marshal for the District of Colorado is authorized and directed to serve the Writ of Habeas Corpus Ad Testificandum on the witness;

4. That the United States Marshal for the District Colorado shall transport or arrange with the Bureau of Prisons to transport Donald Heisler to the United States District Court for the District of Colorado, to appear as material witnesses in the trial of this case; and

5. That this order shall be served forthwith on Abraham V. Hutt (counsel for Shawn Shields), the United States Marshal for the District of Colorado, and the Bureau of Prisons (the Warden of USP Florence ADMAX).

Dated February 9, 2018, at Denver, Colorado.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.  15-cr-00200-REB

UNITED STATES OF AMERICA

        Plaintiff,

v.

SHAWN SHIELDS,

        Defendant.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

To the United States Marshal for the District of Colorado and to any authorized officer whose custody **Donald Heisler** is held:

**GREETINGS:**

        We command that you have **Donald Heisler** now confined in **USP Florence ADMAX**, before the United States District Court for the District of Colorado, sitting at Denver, Colorado, on **February 21, 2018, at 10:00 a.m. (MST)**, and from day to day thereafter, there to testify to the truth, according to his knowledge, in a cause to be heard before the United States District Court and immediately after the conclusion of said hearing that you return him to **USP Florence ADMAX** under safe and secure conduct, and have you then and there this writ.

        DATED February 9, 2018, at Denver, Colorado.

                                                FOR THE COURT:

                                                JEFFREY P. COLWELL, CLERK

                                                By: s/ A. Thomas
                                                Deputy Clerk