**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No.  15-CR-200-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SHAWN SHIELDS,

    Defendant.

**MOTION OF SEAN SHIELDS TO PROCEED ON APPEAL WITHOUT PAYMENT OF FEES OR COSTS**

Shawn Shields requests the Court, pursuant to 28 U.S.C. Sec. 1915 and Fed. R. App. P. 24 to order that he be allowed to proceed on appeal without payment of fees or costs, including the costs of transcripts on the following grounds:

1. Mr. Shields is indigent having been incarcerated for several decades.  He has been represented at trial by court-appointed counsel.

2. Attached to this Motion is Mr. Shields' affidavit in the detail prescribed by Form 4 of the Appendix of Forms to the Federal Rules of Appellate Procedure attesting that he is unable to pay fees or costs or give any security for them, that he desires to raise on appeal the issue of the court's denial of pretrial motions and the court's refusal to instruct the jury on the defense of necessity, the he is entitled to redress, that the appeal is taken in good faith, that the appeal is not frivolous and presents a substantial question, that he has no money in his prison account and has no assets.

1

WHEREFORE, Sean Shields requests that the Court order that he be allowed to proceed on appeal without payment of fees.

DATED at Denver, Colorado this, __6th__ day of __September__, __2018__.

                s/ Abraham V Hutt
                Abraham V Hutt
                #14137
                Recht Kornfeld PC
                1600 Stout Street, Suite 1400
                Denver, Colorado   80202
                (303) 573-1900

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the forgoing was served this __6th__ day of September, 2018 by ECF upon:

Valeria Neale Spencer     Valeria.Spencer@usdoj.gov, CaseView.ECF@usdoj.gov, USACO.ECFCriminal@usdoj.gov, valerie.nielsen@usdoj.gov

Clay C. Cook     c2cook@bop.gov, clay.cook@usdoj.gov, mackenzie.bray@usdoj.gov

Celeste Brianne Rangel     celeste.rangel@usdoj.gov, CaseView.ECF@usdoj.gov, Harmony.Ragland@usdoj.gov, Kelsey.Totura@usdoj.gov, diana.brown@usdoj.gov, maggie.grenvik@usdoj.gov, usaco.ecfcriminal@usdoj.gov

                s/ Leni Charles
                Legal Assistant