IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 15-CR-200-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SHAWN SHIELDS,

    Defendant.

---

**AFFIDAVIT OF SEAN SHIELDS IN SUPPORT OF MOTION TO PROCEED ON APPEAL WITHOUT PAYMENT OF FEES AND COSTS**

---

I, Sean Shields, declare that:

(1) I am unable to pay fees or give security therefor.
(2) The issues I desire to raise on appeal include but are not limited to the court's failure to give a jury instruction on the defense of necessity and the denial of my pretrial motions.
(3) I am entitled to redress.
(4) I take this appeal in good faith.
(5) The appeal is not frivolous and presents a substantial question.
(6) I have $ _6.00_ in my prison account.
(7) I have no other assets.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Denver, Colorado on September 5, 2018.

                                                    Shawn Shields

1