APPEAL,TERMED

# U.S. District Court - District of Colorado
## District of Colorado (Denver)
### CRIMINAL DOCKET FOR CASE #: 1:15-cr-00200-REB-1

Case title: USA v. Shields

Date Filed: 05/05/2015
Date Terminated: 09/10/2018

Assigned to: Judge Robert E. Blackburn

Appeals court case number: 18-1364 USCA

**Defendant (1)**

**Shawn Shields**
*TERMINATED: 09/10/2018*

represented by **Philip Louis Dubois**
Philip L. Dubois, P.C.
102 East Pikes Peak Avenue
#306
Colorado Springs, CO 80903
719-635-4848
Fax: 719-635-2222
Email: dubois@dubois.com
*TERMINATED: 08/24/2017*
*LEAD ATTORNEY*
*Designation: CJA Appointment*

**Robert William Pepin**
Office of the Federal Public Defender-Denver
633 Seventeenth Street
Suite 1000
Denver, CO 80202
303-294-7002
Fax: 303-294-1192
Email: Robert_Pepin@fd.org
*TERMINATED: 10/19/2015*
*LEAD ATTORNEY*
*Designation: Public Defender or Community Defender Appointment*

**Abraham V. Hutt**
Recht & Kornfeld, P.C.
1600 Stout Street
Suite 1400
Denver, CO 80202
303-573-1900
Fax: 303-446-9400
Email: abe@rklawpc.com
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**David Matthew Beller**
Recht & Kornfeld, P.C.
1600 Stout Street
Suite 1400
Denver, CO 80202
303-573-1900
Fax: 303-446-9400
Email: david@rechtkornfeld.com
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

## Pending Counts

18:1791(a)(2) Possessing Contraband in Prison
(1)

### Disposition

Imprisonment: 37 months. Supervised release: three years, to be served consecutively to any present state or federal sentence. Special assessment: $100.

## Highest Offense Level (Opening)

Felony

## Terminated Counts

None

### Disposition

## Highest Offense Level (Terminated)

None

## Complaints

None

### Disposition

---

## Plaintiff

USA        represented by   **Celeste Brianne Rangel**
U.S. Attorney's Office-Denver
1801 California Street
Suite 1600
Denver, CO 80202
303-454-0206
Fax: 303-454-0403
Email: celeste.rangel@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

**Clay C. Cook**
U.S. Attorney's Office-Denver
1801 California Street
Suite 1600
Denver, CO 80202
303-454-0100

        Fax: 303-454-0400
        Email: c2cook@bop.gov
        *ATTORNEY TO BE NOTICED*
        *Designation: Federal Agency Attorney*

**Valeria Neale Spencer**
U.S. Attorney's Office-Denver
1801 California Street
Suite 1600
Denver, CO 80202
303-454-0100
Fax: 303-454-0402
Email: Valeria.Spencer@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/05/2015 | 1 | INDICTMENT as to Shawn Shields (1) count(s) 1. (Attachments: # 1 Criminal Information Sheet) (alowe) (Entered: 05/06/2015) |
| 05/05/2015 | 2 | RESTRICTED DOCUMENT - Level 4: as to Shawn Shields. (alowe) (Entered: 05/06/2015) |
| 05/06/2015 | 3 | Arrest Warrant Issued in case as to Shawn Shields. (alowe) (Entered: 05/06/2015) |
| 05/18/2015 | 4 | Arrest of Shawn Shields. Initial Appearance set for 5/18/2015 02:00 PM in Courtroom A 502 before Magistrate Judge Michael J. Watanabe. (Text Only entry)(morti, ) (Entered: 05/18/2015) |
| 05/18/2015 | 5 | MINUTE ENTRY/ORDER for proceedings held before Magistrate Judge Michael J. Watanabe: Initial Appearance as to Shawn Shields held on 5/18/2015. Defendant present in custody. Defendant advised. Federal Public Defender appointed. Arraignment / Detention Hearing / Discovery Hearing set for 5/21/2015 10:00 AM in Courtroom A 502 before Magistrate Judge Michael J. Watanabe. Defendant remanded. (Total time: 4 minutes, Hearing time: 2:01 - 2:05) **APPEARANCES**: Beth N. Gibson on behalf of the Government, Angela Ledesma on behalf of pretrial. Court Reporter: FTR - E. E. Miller. FTR: Courtroom A502. (emill) Text Only Entry (Entered: 05/18/2015) |
| 05/18/2015 | 6 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Shawn Shields, by Magistrate Judge Michael J. Watanabe on 5/18/2015. Text Only Entry (emill) (Entered: 05/18/2015) |
| 05/18/2015 | 7 | CJA 23 Financial Affidavit by Shawn Shields. (emill) (Entered: 05/18/2015) |
| 05/19/2015 | 8 | NOTICE OF ATTORNEY APPEARANCE: Robert William Pepin appearing for Shawn Shields. Attorney Robert William Pepin added to party Shawn Shields(pty:dft) (Pepin, Robert) (Entered: 05/19/2015) |
| 05/21/2015 | 9 | MINUTE ENTRY/ORDER for proceedings held before Magistrate Judge Michael J. Watanabe: Arraignment / Discovery Hearing / Detention Hearing as to Shawn Shields held on 5/21/2015. Defendant present in custody with counsel. Plea of NOT GUILTY as to all counts entered by defendant. Discovery memorandum executed. Defendant is not contesting detention. On or before 5/28/2015, Pretrial Services shall provide defendant's criminal history to both counsel. Defendant detained without bond. Counsel is directed to chambers. Defendant remanded. (Total time: 8 minutes, Hearing time: 10:00 - 10:08) **APPEARANCES**: Clay C. Cook on behalf of the Government, Robert W. Pepin on |

| | | |
|---|---|---|
| | | behalf of the defendant, Michele Sinaka on behalf of pretrial. Court Reporter: FTR - E. E. Miller. FTR: Courtroom A502. (emill) Text Only Entry (Entered: 05/21/2015) |
| 05/21/2015 | 10 | Discovery Conference Memorandum and ORDER: Estimated Trial Time - 5 or less days as to Shawn Shields, by Magistrate Judge Michael J. Watanabe on 5/21/2015. (emill) (Entered: 05/21/2015) |
| 05/21/2015 | 11 | ORDER OF DETENTION as to Shawn Shields, by Magistrate Judge Michael J. Watanabe on 5/21/2015. (emill) (Entered: 05/21/2015) |
| 05/22/2015 | 12 | TRIAL PREPARATION CONFERENCE ORDER as to Shawn Shields by Judge Robert E. Blackburn on 5/21/15. Motions are due by 6/5/2015. A Telephone Conference is set for 6/23/2015 10:00 AM before Judge Robert E. Blackburn. A Trial Preparation Conference is set for 7/10/2015 at 02:30 PM in Courtroom A1001 before Judge Robert E. Blackburn, and a Jury Trial is set for 7/20/2015 08:30 AM in Courtroom A1001 before Judge Robert E. Blackburn. (dkals, ) (Entered: 05/22/2015) |
| 05/27/2015 | 13 | RESTRICTED BAIL REPORT - Level 4 as to Shawn Shields. (dkals, ) (Entered: 05/27/2015) |
| 06/05/2015 | 14 | MOTION to Vacate *Trial Date and Schedule Status Conference* by Shawn Shields. (Pepin, Robert) (Entered: 06/05/2015) |
| 06/17/2015 | 15 | RESPONSE to Motion by USA as to Shawn Shields re 14 MOTION to Vacate *Trial Date and Schedule Status Conference* (Cook, Clay) (Entered: 06/17/2015) |
| 06/18/2015 | 16 | MINUTE ORDER as to Shawn Shields Motion Hearing set for 7/9/2015 09:00 AM before Judge Robert E. Blackburn. By Judge Robert E. Blackburn on 6/18/2015. (mlace, ) (Entered: 06/18/2015) |
| 07/09/2015 | 17 | MINUTE ENTRY for Motion Hearing held before Judge Robert E. Blackburn as to Shawn Shields on 7/9/2015. Granting 14 Motion to Vacate as to Shawn Shields (1). The time from and including July 9, 2015, through and including October 9, 2015, shall be excluded from speedy trial. A Status Conference is set for 10/2/2015 10:00 AM in Courtroom A1001 before Judge Robert E. Blackburn. Defendant remanded. Hearing concluded. Court Reporter: Tracy Weir. (kfinn) (Entered: 07/09/2015) |
| 10/02/2015 | 18 | MINUTE ENTRY for Status Conference held before Judge Robert E. Blackburn as to Shawn Shields on 10/2/2015. The time from October 9, 2015 through and including December 11, 2015 is excluded from the time for a speedy trial. A further Status Conference is set for 12/11/2015 01:15 PM in Courtroom A1001 before Judge Robert E. Blackburn. Defendant remanded. Hearing concluded. Court Reporter: Tracy Weir. (kfinn) (Entered: 10/02/2015) |
| 10/15/2015 | 19 | MOTION to Withdraw as Attorney *and for Appointment of Conflict Free Counsel from CJA Panel* by Robert W. Pepin by Shawn Shields. (Pepin, Robert) (Entered: 10/15/2015) |
| 10/15/2015 | 20 | MEMORANDUM regarding 19 MOTION to Withdraw as Attorney *and for Appointment of Conflict Free Counsel from CJA Panel* by Robert W. Pepin filed by Shawn Shields. Motion referred to Magistrate Judge Kathleen M. Tafoya. By Judge Robert E. Blackburn on 10/15/15. Text Only Entry (rebsec) (Entered: 10/15/2015) |
| 10/19/2015 | 21 | ORDER; 19 Motion to Withdraw as Counsel and for Appointment of Conflict Free Counsel from CJA Panel is GRANTED. Robert William Pepin withdrawn from case as to Shawn Shields. The Clerk of the Court is ordered to obtain counsel for the defendant from the Criminal Justice Act panel, by Magistrate Judge Kathleen M. Tafoya on 10/19/15. (morti, ) (Entered: 10/20/2015) |
| 10/21/2015 | 22 | CJA 20/30 Appointment of Philip L. Dubois for Shawn Shields by Magistrate Judge |

| | | |
|---|---|---|
| | | Kathleen M. Tafoya on 10/21/2015. (shugh) (Entered: 10/21/2015) |
| 11/02/2015 | 23 | CJA 21/31 Request for Service as to Shawn Shields. (Attachments: # 1 CJA Attachment) (Dubois, Philip) (Entered: 11/02/2015) |
| 11/03/2015 | 24 | CJA 21/31 Request for Service as to Shawn Shields. (Attachments: # 1 CJA Attachment) (Dubois, Philip) (Entered: 11/03/2015) |
| 11/06/2015 | 25 | CJA 21/31 Request for Service as to Shawn Shields. (Attachments: # 1 CJA Attachment) (Dubois, Philip) (Entered: 11/06/2015) |
| 11/12/2015 | 26 | CJA 21/31 Authorization for Service as to Shawn Shields by Judge Robert E. Blackburn on 11/12/2015. (shugh) (Entered: 11/13/2015) |
| 12/10/2015 | 27 | Unopposed MOTION to Exclude *Time* by Shawn Shields. (Dubois, Philip) (Entered: 12/10/2015) |
| 12/11/2015 | 28 | MINUTE ENTRY for Status Conference held before Judge Robert E. Blackburn as to Shawn Shields on 12/11/2015. Granting 27 Motion to Exclude as to Shawn Shields (1). The time from today through and including April 25, 2016 is excluded from the time for a speedy trial. Status Conference set for 4/15/2016 01:15 PM in Courtroom A1001 before Judge Robert E. Blackburn. Defendant remanded. Hearing concluded. Court Reporter: Terri Lindblom. (kfinn) (Entered: 12/11/2015) |
| 04/15/2016 | 29 | MINUTE ENTRY for Status Conference held before Judge Robert E. Blackburn as to Shawn Shields on 4/15/2016. The time from April 25, 2016 through and including August 1, 2016, is excluded from the time for a speedy trial. Any non-CJA pretrial motions shall be filed by July 21, 2016; any response shall be filed within 14 days of the filing of the related and corresponding motion. Status Conference set for 7/28/2016 01:15 PM in Courtroom A1001 before Judge Robert E. Blackburn. Defendant remanded. Hearing concluded. Court Reporter: Tracy Weir. (kfinn) (Entered: 04/15/2016) |
| 05/06/2016 | 30 | CJA 21/31 Payment Request as to Shawn Shields. (Attachments: # 1 CJA Attachment) (Dubois, Philip) (Entered: 05/06/2016) |
| 07/20/2016 | 31 | MOTION for Extension of Time to File *Motions* by Shawn Shields. (Attachments: # 1 Proposed Order (PDF Only))(Dubois, Philip) (Entered: 07/20/2016) |
| 07/28/2016 | 32 | MINUTE ENTRY for Status Conference held before Judge Robert E. Blackburn as to Shawn Shields on 7/28/2016. Granting 31 Motion for Extension of Time to File as to Shawn Shields (1). The time from August 1, 2016 through and including September 30, 2016, is excluded from the time for a speedy trial. Any non-CJA pretrial motions shall be filed by September 15, 2016; any corresponding response shall be filed by October 5, 2016. Status Conference set for 9/27/2016 01:30 PM in Courtroom A1001 before Judge Robert E. Blackburn. Defendant remanded. Hearing concluded. Court Reporter: Tracy Weir. (kfinn) (Entered: 07/29/2016) |
| 09/26/2016 | 33 | MOTION for Extension of Time to File *Motions Out of Time* by Shawn Shields. (Dubois, Philip) (Entered: 09/26/2016) |
| 09/26/2016 | 34 | MOTION for Disclosure by Shawn Shields. (Dubois, Philip) (Entered: 09/26/2016) |
| 09/26/2016 | 35 | MOTION to Suppress *Evidence* by Shawn Shields. (Dubois, Philip) (Entered: 09/26/2016) |
| 09/27/2016 | 36 | MINUTE ENTRY for Status Conference held before Judge Robert E. Blackburn as to Shawn Shields on 9/27/2016. Granting 33 Motion for Extension of Time to File as to Shawn Shields (1). The response of the government to any corresponding non-CJA pretrial motion shall be filed by October 17, 2016; and any reply by the defendant shall |

| | | |
|---|---|---|
| | | be filed by October 31, 2016. Defendant remanded. Hearing concluded. Court Reporter: Tracy Weir. (kfinn) (Entered: 09/28/2016) |
| 10/17/2016 | 37 | RESPONSE to Motion by USA as to Shawn Shields re 34 MOTION for Disclosure (Cook, Clay) (Entered: 10/17/2016) |
| 10/17/2016 | 38 | RESPONSE to Motion by USA as to Shawn Shields re 35 MOTION to Suppress *Evidence* (Cook, Clay) (Entered: 10/17/2016) |
| 10/26/2016 | 39 | SUPPLEMENT to 37 Response to Motion by USA as to Shawn Shields (Cook, Clay) (Entered: 10/26/2016) |
| 02/01/2017 | 40 | NOTICE of Change of Address/Contact Information (Rangel, Celeste) (Entered: 02/01/2017) |
| 02/27/2017 | 41 | MINUTE ORDER as to Shawn Shields re 34 MOTION for Disclosure filed by Shawn Shields, 35 MOTION to Suppress *Evidence* filed by Shawn Shields by Judge Robert E. Blackburn on 2/27/17. Telephone Conference to **303-335-2350** set for 3/8/2017 at 10:00 AM to set the motions for hearing. (rebsec) (Entered: 02/27/2017) |
| 03/01/2017 | 42 | MOTION to Continue *Conference* by Shawn Shields. (Attachments: # 1 Proposed Order (PDF Only) Order Resetting Conference)(Dubois, Philip) (Entered: 03/01/2017) |
| 03/02/2017 | 43 | MINUTE ORDER granting 42 Motion to Continue as to Shawn Shields (1) by Judge Robert E. Blackburn on 3/2/17. Telephone Conference to **303-335-230** on 3/8/17 vacated and reset to 3/16/2017 at 10:00 AM to set motions hearing. (rebsec) (Entered: 03/02/2017) |
| 03/22/2017 | 44 | MINUTE ORDER Setting Hearing on Motion as to Shawn Shields. 34 MOTION for Disclosure , 35 MOTION to Suppress *Evidence* : Motion Hearing set for 6/22/2017 09:00 AM in Courtroom A1001 before Judge Robert E. Blackburn. By Judge Robert E. Blackburn on 03/22/2017. (athom, ) (Entered: 03/22/2017) |
| 06/16/2017 | 45 | ERRATA to 38 Response to Motion by USA as to Shawn Shields (Attachments: # 1 Exhibit 1)(Cook, Clay) (Entered: 06/16/2017) |
| 06/16/2017 | 46 | NOTICE OF ATTORNEY APPEARANCE Valeria Neale Spencer appearing for USA. Attorney Valeria Neale Spencer added to party USA(pty:pla) (Spencer, Valeria) (Entered: 06/16/2017) |
| 06/16/2017 | 47 | MOTION for Hearing - *Separate Hearings* by Shawn Shields. (Dubois, Philip) (Entered: 06/16/2017) |
| 06/22/2017 | 48 | MINUTE ENTRY for proceedings held before Judge Robert E. Blackburn: Evidentiary (Suppression) Hearing as to Shawn Shields held on 6/22/2017. Taking under advisement 34 Motion for Disclosure as to Shawn Shields (1). Taking under advisement 35 Motion to Suppress as to Shawn Shields (1). Denying 47 Motion for Hearing as to Shawn Shields (1). Defendant is remanded. Court Reporter: Tracy Weir. (Attachments: # 1 Government Witness List, # 2 Government Exhibit List) (rkeec) (Entered: 06/22/2017) |
| 06/28/2017 | 49 | STRICKEN - Letter filed pro se re: 48 Motion Hearing by Shawn Shields. (Attachments: # 1 Envelope) (athom, ) Modified "stricken" per Order on 7/10/2017 (rebsec). (Entered: 06/29/2017) |
| 07/10/2017 | 50 | MINUTE ORDER striking 49 Motion for Order as to Shawn Shields (1). When a party is represented by counsel, as here, this court will not accept pro se filings from that party. Such a pro se filing is improper. See United States v. Sandoval-De Lao, 283 Fed. Appx. 621, 625 (10th Cir. June 30, 2008); United States v. Nichols, 374 F.3d 959, 964 n.2 (10th Cir. 2004) (citing United States v. Guadalupe, 979 F.2d 790, 795 (10th Cir. 1992)), |

| | | |
|---|---|---|
| | | vacated on other grounds, 125 S.Ct 1082 (2005). All pleadings and papers must be filed by counsel. By Judge Robert E. Blackburn on 7/10/17. Text Only Entry (rebsec) (Entered: 07/10/2017) |
| 07/20/2017 | 51 | ORDER as to Shawn Shields. Defendant Shawn Shields's Motion for Disclosure [# 34 ] is denied in part and denied as moot in part. The motion is denied with respect to the discovery described in paragraphs 2.a., 2.b., 2.c., and 2.g of the motion and in all other respects, the motion is denied as moot. Mr. Shields's Motion To Suppress Evidence [# 35 ] is denied. By Judge Robert E. Blackburn on 07/20/2017. (athom, ) (Entered: 07/20/2017) |
| 07/24/2017 | 52 | MOTION for Protective Order *Opposed* by USA as to Shawn Shields. (Attachments: # 1 Proposed Order (PDF Only))(Spencer, Valeria) (Entered: 07/24/2017) |
| 07/25/2017 | 53 | MINUTE ORDER as to Shawn Shields re 52 MOTION for Protective Order *Opposed* filed by USA. The defendant shall respond on or before 8/7/2017. By Judge Robert E. Blackburn on 7/25/17. Text Only Entry (rebsec) (Entered: 07/25/2017) |
| 08/03/2017 | 54 | MOTION to Withdraw as Attorney *for Mr. Shields* by Philip L. Dubois by Shawn Shields. (Dubois, Philip) (Entered: 08/03/2017) |
| 08/07/2017 | 55 | RESPONSE to Motion by Shawn Shields re 52 MOTION for Protective Order *Opposed* (Dubois, Philip) (Entered: 08/07/2017) |
| 08/08/2017 | 56 | MINUTE ORDER as to Shawn Shields re 54 MOTION to Withdraw as Attorney *for Mr. Shields* by Philip L. Dubois filed by Shawn Shields. A Telephonic (non-appearance) Setting Conference is set 8/10/2017 at 11:30 AM to set this matter for hearing. Counsel for the government shall arrange, initiate, and coordinate the conference call to chambers at 303-335-2350 to facilitate the setting conference. By Judge Robert E. Blackburn on 8/8/17. Text Only Entry (rebsec) (Entered: 08/08/2017) |
| 08/10/2017 | 57 | MINUTE ORDER as to Shawn Shields. On 8/10/17, the court conducted a telephone setting conference to set the 54 MOTION to Withdraw as Attorney *for Mr. Shields* by Philip L. Dubois filed by Shawn Shields for hearing. After conferring with counsel, and by agreement of all, the Motion Hearing is set for 8/24/2017 at 10:00 AM in Courtroom A1001 before Judge Robert E. Blackburn. The United States Marshal for the District of Colorado shall assist the court in securing the appearance of the defendant for this hearing. By Judge Robert E. Blackburn on 8/10/17. Text Only Entry (rebsec) (Entered: 08/10/2017) |
| 08/24/2017 | 58 | MINUTE ENTRY for motion hearing held before Judge Robert E. Blackburn granting 54 Motion to Withdraw as Attorney. Philip L. Dubois withdrawn from case as to Shawn Shields (1). Court Reporter: Tracy Weir. (lrobe) (Entered: 08/25/2017) |
| 08/24/2017 | 59 | ORDER APPOINTING COUNSEL as to Shawn Shields by Judge Robert E. Blackburn on 8/24/17. Text Only Entry (lrobe) (Entered: 08/25/2017) |
| 08/29/2017 | 60 | NOTICE OF ATTORNEY APPEARANCE: Abraham V. Hutt appearing for Shawn ShieldsAttorney Abraham V. Hutt added to party Shawn Shields(pty:dft) (Hutt, Abraham) (Entered: 08/29/2017) |
| 08/29/2017 | 61 | ADVISORY NOTICE OF NONCOMPLIANCE WITH COURT RULES/PROCEDURES: re: 60 Notice of Attorney Appearance - Defendant filed by attorney Abraham V. Hutt. **DO NOT REFILE THE DOCUMENT. Action to take -** counsel must submit a change of contact request through the Attorney Services Portal Account pursuant to D.C.COLO.LAttyR 5(c) and 3.5 of the Electronic Case Filing Procedures (Criminal Cases). (Text Only Entry) (athom, ) (Entered: 08/29/2017) |
| 08/30/2017 | 62 | MINUTE ORDER as to Shawn Shields by Judge Robert E. Blackburn on 08/30/2017. |

| | | |
|---|---|---|
| | | Telephone (non-appearance) Setting Conference set for 8/31/2017 at 11:00 AM to set this matter for a status and setting conference. (athom, ) (Entered: 08/30/2017) |
| 08/31/2017 | 63 | MINUTE ORDER as to Shawn Shields. Today, the court conducted a telephonic conference to set this matter for status and setting conference. After conferring with counsel, and by agreement of all, a Status/Setting Conference (to set trial and trial preparation conference) is set for 10/18/2017 at 10:00 AM in Courtroom A1001 before Judge Robert E. Blackburn. By Judge Robert E. Blackburn on 8/31/17. Text Only Entry (rebsec) (Entered: 08/31/2017) |
| 09/01/2017 | 64 | PROTECTIVE ORDER as to Shawn Shields. The Government's Opposed Motion for Protective Order [# 52 ] is granted. The objections stated in the Objections to Proposed Protective Order [# 55 ] are overruled. By Judge Robert E. Blackburn on 09/01/2017. (athom, ) (Entered: 09/01/2017) |
| 09/07/2017 | 65 | ORDER Excluding Additional Time Under the Speedy Trial Act (18 U.S.C. § 3161(h)(7)(A)) as to Shawn Shields. An additional 41 days from and including 9/7/2017, through and including 10/18/2017, shall be excluded under 18 U.S.C. § 3161(h)(7)(A) from the time for a speedy trial under the Speedy Trial Act of 1974. Any party that objects to the foregoing findings, conclusions, or orders shall file its objections by 9/28/2017, or any objection shall be waived. By Judge Robert E. Blackburn on 09/07/2017. (athom, ) (Entered: 09/07/2017) |
| 09/28/2017 | 66 | MOTION for Extension of Time to File *Speedy Trial Objection* by Shawn Shields. (Hutt, Abraham) (Entered: 09/28/2017) |
| 09/29/2017 | 67 | MINUTE ORDER granting 66 Motion for Extension of Time to File Speedy Trial Objection to and including October 6, 2017 as to Shawn Shields (1).By Judge Robert E. Blackburn on 9/29/17. Text Only Entry (rebsec) (Entered: 09/29/2017) |
| 09/29/2017 | 68 | NOTICE *of No Speedy Trial Objection* re 65 Order,, by Shawn Shields (Hutt, Abraham) (Entered: 09/29/2017) |
| 10/06/2017 | 69 | Unopposed MOTION for Order *To Appear by Videoconference* by USA as to Shawn Shields. (Spencer, Valeria) (Entered: 10/06/2017) |
| 10/10/2017 | 70 | MINUTE ORDER granting 69 Motion for Order as to Shawn Shields (1). Government shall make the necessary arrangements with the court's IT department for the videoconference. By Judge Robert E. Blackburn on 10/10/17. Text Only Entry (rebsec) (Entered: 10/10/2017) |
| 10/18/2017 | 71 | MINUTE ENTRY for Status Conference as to Shawn Shields held before Judge Robert E. Blackburn on 10/18/2017. ORDERED: That the defendant may file a motion seeking to exclude additional time for a speedy trial under the Speedy Trial Act by Monday, October 23, 2017; further, that if no such motion is filed by October 23, 2017, then the Court may exercise its discretion to set this matter for additional status conference or trial and antecedent trial preparation conference in the time remaining for a speedy trial under the Speedy Trial Act. Court Reporter: Tracy Weir. (lrobe) (Entered: 10/18/2017) |
| 10/23/2017 | 72 | Unopposed MOTION to Exclude *60 day ends of justice Exclusion* by Shawn Shields. (Hutt, Abraham) (Entered: 10/23/2017) |
| 11/27/2017 | 73 | MINUTE ORDER Setting Hearing on Motion as to Shawn Shields. 72 Unopposed MOTION to Exclude *60 day ends of justice Exclusion* : Motion Hearing set for 12/18/2017 at 11:00 AM in Courtroom A1001 before Judge Robert E. Blackburn. The defendant shall appear by VTC. By Judge Robert E. Blackburn on 11/27/17. Text Only Entry (rebsec) (Entered: 11/27/2017) |
| 12/18/2017 | 74 | COURTROOM MINUTES for Motion Hearing as to Shawn Shields held before Judge |

| | | |
|---|---|---|
| | | Robert E. Blackburn on 12/18/2017. ORDERED: 72 Motion to Exclude as to Shawn Shields as amended on the record GRANTED and the time from and including October 23, 2017, through and including February 19, 2018, shall be excluded from the time for a speedy trial under the Speedy Trial Act. Trial Preparation Conference set for 2/8/2018 at 11:00 AM in Courtroom A1001 before Judge Robert E. Blackburn. Four-day jury trial set to begin 2/20/2018 at 8:30 AM in Courtroom A1001. Court Reporter: Tracy Weir. (lrobe) (Entered: 12/18/2017) |
| 01/24/2018 | 75 | TRANSCRIPT of Motions Hearing as to Shawn Shields held on 6-22-17 before Judge Blackburn. Pages: 1-81. <br><br> **NOTICE - REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br><br>** Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (tweir, ) (Entered: 01/24/2018) |
| 02/04/2018 | 76 | MOTION for Leave to File *Motions out of Time* by Shawn Shields. (Hutt, Abraham) (Entered: 02/04/2018) |
| 02/04/2018 | 77 | MOTION to Dismiss *BASED ON SELECTIVE PROSECUTION AND FOR DISCOVERY IN SUPPORT OF THE MOTION* by Shawn Shields. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Hutt, Abraham) (Entered: 02/04/2018) |
| 02/04/2018 | 78 | MOTION to Dismiss *VIOLATION OF BUREAU OF PRISONS RULES* by Shawn Shields. (Attachments: # 1 Exhibit A)(Hutt, Abraham) (Entered: 02/04/2018) |
| 02/05/2018 | 79 | MINUTE ORDER as to Shawn Shields. Government shall file responses to 76 MOTION for Leave to File *Motions out of Time* filed by Shawn Shields, 77 MOTION to Dismiss *BASED ON SELECTIVE PROSECUTION AND FOR DISCOVERY IN SUPPORT OF THE MOTION* filed by Shawn Shields, and 78 MOTION to Dismiss *VIOLATION OF BUREAU OF PRISONS RULES* filed by Shawn Shields by 2/7/2018. By Judge Robert E. Blackburn on 2/5/18. Text Only Entry (rebsec) (Entered: 02/05/2018) |
| 02/07/2018 | 80 | RESPONSE to Motion by USA as to Shawn Shields re 76 MOTION for Leave to File *Motions out of Time* (Spencer, Valeria) (Entered: 02/07/2018) |
| 02/07/2018 | 81 | RESPONSE to Motion by USA as to Shawn Shields re 77 MOTION to Dismiss *BASED ON SELECTIVE PROSECUTION AND FOR DISCOVERY IN SUPPORT OF THE MOTION* (Spencer, Valeria) (Entered: 02/07/2018) |
| 02/07/2018 | 82 | RESPONSE to Motion by USA as to Shawn Shields re 78 MOTION to Dismiss *VIOLATION OF BUREAU OF PRISONS RULES* (Attachments: # 1 Exhibit One) (Spencer, Valeria) (Entered: 02/07/2018) |
| 02/07/2018 | 83 | Proposed Voir Dire by USA as to Shawn Shields (Spencer, Valeria) (Entered: 02/07/2018) |
| 02/08/2018 | 84 | Petition for Writ of Habeas Corpus ad Testificandum by Shawn Shields (Attachments: # 1 Proposed Order (PDF Only))(Hutt, Abraham) Modified on 2/8/2018 to correct event (athom, ). (Entered: 02/08/2018) |
| 02/08/2018 | 85 | Petition for Writ of Habeas Corpus ad Testificandum by Shawn Shields (Attachments: # 1 Proposed Order (PDF Only))(Hutt, Abraham) Modified on 2/8/2018 to correct event (athom, ). (Entered: 02/08/2018) |
| 02/08/2018 | 86 | ORDER Prescribing Jury Selection Protocol as to Shawn Shields. By Judge Robert E. |

| | | |
|---|---|---|
| | | Blackburn on 02/08/2018. (Attachments: # 1 Jury Selection Protocol) (athom, ) (Entered: 02/08/2018) |
| 02/08/2018 | 87 | ORDER Approving Jury Questionnaire as to Shawn Shields. By Judge Robert E. Blackburn on 02/08/2018. (Attachments: # 1 Jury Questionnaire) (athom, ) (Entered: 02/08/2018) |
| 02/08/2018 | 89 | COURTROOM MINUTES for Trial Preparation Conference held as to Shawn Shields held before Judge Robert E. Blackburn on 2/8/2018. ORDERED: Defendant's replies to Government's responses to 76 , 77 , and 78 due on or before 2/15/2018. Court Reporter: Tracy Weir. (lrobe) (Entered: 02/09/2018) |
| 02/09/2018 | 88 | ORDER Denying Without Prejudice 84 Petition for Writ of Habeas Corpus ad Testificandum for Vincent Basciano as to Shawn Shields. By Judge Robert E. Blackburn on 02/09/2018. (athom, ) (Entered: 02/09/2018) |
| 02/09/2018 | 90 | ORDER on 85 Petition for Writ of Habeas Corpus ad Testificandum as to Shawn Shields. By Judge Robert E. Blackburn on 02/09/2018. (athom, ) (Entered: 02/09/2018) |
| 02/09/2018 | 91 | Writ of Habeas Corpus ad Testificandum Issued as to Donald Heisler in case as to Shawn Shields. (Attachments: # 1 Marshal Service Form) (athom, ) (Entered: 02/09/2018) |
| 02/12/2018 | 92 | MOTION for Leave to File *Supplement to Petition for Writ of Habeas Corpus Ad Testificandum for Vincent Basciano* by Shawn Shields. (Hutt, Abraham) (Entered: 02/12/2018) |
| 02/12/2018 | 93 | MINUTE ORDER granting in part and taking under advisement 92 Motion for Leave to File as to Shawn Shields (1). The motion is granted insofar as defendant requests leave to supplement his petition for writ of habeas corpus ad testificandum for Vincent Basciano. The motion is taken under advisement insofar as defendant requests reconsideration of the court's previous order [#88], filed February 9, 2018, denying the petition. By Judge Robert E. Blackburn on 2/12/18. Text Only Entry (rebsec) (Entered: 02/12/2018) |
| 02/12/2018 | 94 | Proposed Jury Instructions *Stipulated* by USA as to Shawn Shields (Spencer, Valeria) (Entered: 02/12/2018) |
| 02/12/2018 | 95 | Proposed Jury Instructions *Competing* by USA as to Shawn Shields (Spencer, Valeria) (Entered: 02/12/2018) |
| 02/12/2018 | 96 | Proposed Jury Instructions *Non-Stipulated* by USA as to Shawn Shields (Spencer, Valeria) (Entered: 02/12/2018) |
| 02/12/2018 | 97 | Proposed Verdict Form as to Shawn Shields (Spencer, Valeria) (Entered: 02/12/2018) |
| 02/12/2018 | 98 | Proposed Jury Instructions *Competing* by Shawn Shields (Hutt, Abraham) (Entered: 02/12/2018) |
| 02/12/2018 | 99 | Proposed Jury Instructions *Non-Stipulated* by Shawn Shields (Hutt, Abraham) (Entered: 02/12/2018) |
| 02/12/2018 | 100 | Proposed Voir Dire by Shawn Shields (Hutt, Abraham) (Entered: 02/12/2018) |
| 02/12/2018 | 101 | TRIAL BRIEF by Shawn Shields (Hutt, Abraham) (Entered: 02/12/2018) |
| 02/13/2018 | 102 | RESPONSE by USA as to Shawn Shields re: 99 Proposed Jury Instructions filed by Shawn Shields, 98 Proposed Jury Instructions filed by Shawn Shields *and Support of Competing and Non-Stipulated Jury Instructions* (Attachments: # 1 Exhibit One)(Cook, Clay) (Entered: 02/13/2018) |
| 02/13/2018 | 103 | ORDER as to Shawn Shields. IT IS ORDERED that the motion to reconsider my prior order set forth in Mr. Shields's Request To File Supplement To Petition for Writ of |

| Date | # | Description |
|---|---|---|
| | | Habeas Corpus Ad Testificandum for Vincent Basciano [# 92 ] is denied. By Judge Robert E. Blackburn on 02/13/2018. (athom, ) (Entered: 02/13/2018) |
| 02/13/2018 | 104 | ADVISORY NOTICE OF NONCOMPLIANCE WITH COURT RULES/PROCEDURES: re: 98 Proposed Jury Instructions filed by attorney Abraham V. Hutt. The document was scanned and not converted directly to portable document format (PDF). **DO NOT REFILE THE DOCUMENT. Action to take** - future documents must be filed pursuant to D.C.COLO.LCr49.1(a) and 1.3(f) of the Electronic Case Filing Procedures (Criminal Cases). (Text Only Entry) (athom, ) (Entered: 02/13/2018) |
| 02/15/2018 | 105 | REPLY TO RESPONSE to Motion by Shawn Shields re 77 MOTION to Dismiss *BASED ON SELECTIVE PROSECUTION AND FOR DISCOVERY IN SUPPORT OF THE MOTION and Motion to Continue Trial* (Hutt, Abraham) (Entered: 02/15/2018) |
| 02/15/2018 | 106 | US Marshal Return of Service upon the BOP re 90 Order as to Shawn Shields. (athom, ) (Entered: 02/15/2018) |
| 02/16/2018 | 107 | ORDER Denying 78 Motion to Dismiss: Violation of BOP Rules as to Shawn Shields. By Judge Robert E. Blackburn on 02/16/2018. (athom, ) (Entered: 02/16/2018) |
| 02/16/2018 | 108 | ORDER Denying 77 Motion to Dismiss Based on Selective Prosecution and for Discovery in Support of the Motion as to Shawn Shields. By Judge Robert E. Blackburn on 02/16/2018. (athom, ) (Entered: 02/16/2018) |
| 02/20/2018 | 109 | NOTICE OF ATTORNEY APPEARANCE: David Matthew Beller appearing for Shawn ShieldsAttorney David Matthew Beller added to party Shawn Shields(pty:dft) (Beller, David) (Entered: 02/20/2018) |
| 02/20/2018 | 110 | COURTROOM MINUTES for Jury Trial - Day One as to Shawn Shields held before Senior Judge Robert E. Blackburn on 2/20/2018. Defendant in custody. Trial continued. Court Reporter: Tracy Weir. (lrobe) (Entered: 02/21/2018) |
| 02/21/2018 | 111 | COURTROOM MINUTES for Jury Trial - Day Two as to Shawn Shields held before Senior Judge Robert E. Blackburn on 2/21/2018. Defendant in custody. Trial continued. Court Reporter: Tracy Weir. (lrobe) (Entered: 02/21/2018) |
| 02/22/2018 | 112 | COURTROOM MINUTES for Jury Trial - Day Three as to Shawn Shields held before Senior Judge Robert E. Blackburn on 2/22/2018. Jury Verdict: GUILTY on Count 1. ORDERED: Lunches shall be provided to all jurors. This matter is set for sentencing hearing on June 27, 2018, at 10:00 a.m., at which time the defendant shall appear without further order or notice. Trial concluded. Defendant remanded. Court Reporter: Tracy Weir. (lrobe) (Entered: 02/23/2018) |
| 02/22/2018 | 113 | STIPULATION AND ORDER GOVERNING THE CUSTODY AND DISPOSITION OF TRIAL EXHIBITS, TRANSCRIPTS, AND PAPERS (lrobe) (Entered: 02/23/2018) |
| 02/22/2018 | 114 | Jury Note as to Shawn Shields (lrobe) (Entered: 02/23/2018) |
| 02/22/2018 | 115 | Jury Instructions as to Shawn Shields (lrobe) (Entered: 02/23/2018) |
| 02/22/2018 | 116 | Jury Verdict (unredacted) - Level 4 - Viewable by Court Only (lrobe) (Entered: 02/23/2018) |
| 02/22/2018 | 117 | JURY VERDICT as to Shawn Shields (lrobe) (Entered: 02/23/2018) |
| 02/22/2018 | 119 | EXHIBIT LIST by Shawn Shields (lrobe) (Entered: 03/02/2018) |
| 02/22/2018 | 120 | EXHIBIT LIST by USA as to Shawn Shields (lrobe) (Entered: 03/02/2018) |
| 02/22/2018 | 121 | WITNESS LIST by USA as to Shawn Shields (lrobe) (Entered: 03/02/2018) |

| Date | # | Description |
|---|---|---|
| 02/22/2018 | 122 | WITNESS LIST by Shawn Shields (lrobe) (Entered: 03/02/2018) |
| 02/23/2018 | 118 | CJA MOTION by Shawn Shields. (Hutt, Abraham) (Entered: 02/23/2018) |
| 03/19/2018 | 123 | SENTENCING STATEMENT by USA as to Shawn Shields (Spencer, Valeria) (Entered: 03/19/2018) |
| 03/26/2018 | 124 | **WITHDRAWN** - MOTION for Order *to Appear by Video Conference* by Shawn Shields. (Hutt, Abraham) Modified on 6/28/2018 to with withdraw pursuant to 133 Minute Order (athom, ). (Entered: 03/26/2018) |
| 04/25/2018 | 125 | ORDER denying 118 CJA Motion as to Shawn Shields. By Judge Robert E. Blackburn on 04/25/2018. (athom, ) (Entered: 04/25/2018) |
| 05/23/2018 | 126 | RESTRICTED PRESENTENCE REPORT first disclosure for attorney review as to Shawn Shields. (pmcdo) (Entered: 05/23/2018) |
| 06/01/2018 | 127 | Unopposed MOTION to Continue *Sentencing* by USA as to Shawn Shields. (Cook, Clay) (Entered: 06/01/2018) |
| 06/05/2018 | 128 | MINUTE ORDER granting 127 Motion to Continue as to Shawn Shields (1). The sentencing hearing set 6/27/18 is vacated and reset pending further order of court. A Telephonic (non-appearance) setting Conference is set for 6/6/2018 at 11:00 AM to reset the sentencing hearing. Counsel for the government shall arrange, initiate, and coordinate the conference call to chambers at 303-335-2350 to facilitate the setting conference. By Robert E. Blackburn on 6/5/18. Text Only Entry (rebsec) (Entered: 06/05/2018) |
| 06/06/2018 | 129 | MINUTE ORDER as to Shawn Shields. After conferring with counsel, and by agreement of all, Sentencing is set for 8/7/2018 at 11:00 AM in Courtroom A1001 before Judge Robert E. Blackburn. By Judge Robert E. Blackburn on 6/6/18. Text Only Entry (rebsec) (Entered: 06/06/2018) |
| 06/06/2018 | 130 | OBJECTION/RESPONSE to Presentence Report 126 by Shawn Shields (Hutt, Abraham) (Entered: 06/06/2018) |
| 06/12/2018 | 131 | RESPONSE by USA as to Shawn Shields re: 130 Objection/Response to Presentence Report filed by Shawn Shields (Cook, Clay) (Entered: 06/12/2018) |
| 06/27/2018 | 132 | MOTION to Withdraw Document 124 MOTION for Order *to Appear by Video Conference* by Shawn Shields. (Hutt, Abraham) (Entered: 06/27/2018) |
| 06/27/2018 | 133 | MINUTE ORDER granting 132 Motion to Withdraw Document as to Shawn Shields (1) and denying as moot 124 Motion for Order as to Shawn Shields (1). By Judge Robert E. Blackburn on 6/27/18. Text Only Entry (rebsec) (Entered: 06/27/2018) |
| 07/06/2018 | 134 | MINUTE ORDER as to Shawn Shields. Due to a conflict on the court's calendar, the sentencing hearing set 8/7/18 is vacated and reset pending further order of court. A Telephonic (non-appearance) setting Conference is set for 7/9/2018 at 10:00 AM to reset the sentencing hearing. Counsel for the government shall arrange, initiate, and coordinate the conference call to chambers at 303-335-2350 to facilitate the setting conference. By Judge Robert E. Blackburn on 7/6/18. Text Only Entry (rebsec) (Entered: 07/06/2018) |
| 07/09/2018 | 135 | MINUTE ORDER as to Shawn Shields. After conferring with counsel, and by agreement of all, the Sentencing hearing is reset for 9/5/2018 at 02:30 PM in Courtroom A1001 before Judge Robert E. Blackburn. By Judge Robert E. Blackburn on 7/9/18. Text Only Entry (rebsec) (Entered: 07/09/2018) |
| 08/24/2018 | 136 | Unopposed MOTION for Extension of Time to File *Sentencing Motions* by Shawn Shields. (Hutt, Abraham) (Entered: 08/24/2018) |

| Date | Doc # | Description |
|---|---|---|
| 08/24/2018 | 137 | RESTRICTED PRESENTENCE REPORT as to Shawn Shields (Attachments: # 1 Exhibit A)(aarag, ) (Entered: 08/24/2018) |
| 08/24/2018 | 138 | RESTRICTED ADDENDUM to Presentence Report 137 as to Shawn Shields (aarag, ) (Entered: 08/24/2018) |
| 08/27/2018 | 139 | SENTENCING STATEMENT *Supplemental* by USA as to Shawn Shields (Spencer, Valeria) (Entered: 08/27/2018) |
| 08/27/2018 | 140 | MINUTE ORDER granting 136 Motion for Extension of Time to File as to Shawn Shields (1). Defendant's sentencing motions are due by 8/29/2018 at 12:00 p.m. (noon); and government's responses are due by 9/4/2018 at 12:00 p.m. (noon). By Judge Robert E. Blackburn on 8/27/18. Text Only Entry (rebsec) (Entered: 08/27/2018) |
| 08/29/2018 | 141 | SENTENCING STATEMENT by Shawn Shields (Hutt, Abraham) (Entered: 08/29/2018) |
| 09/05/2018 | 142 | COURTROOM MINUTES for Sentencing Hearing as to Shawn Shields held before Judge Robert E. Blackburn on 9/5/2018. Defendant sentenced as reflected on the record. Court Reporter: Tracy Weir. (lrobe) Modified on 9/7/2018 to correct date of entry (jdyne, ). (Entered: 09/06/2018) |
| 09/06/2018 | 143 | NOTICE OF APPEAL by Shawn Shields. (Hutt, Abraham) (Entered: 09/06/2018) |
| 09/06/2018 | 144 | MOTION for Leave to Appeal In Forma Pauperis by Shawn Shields. (Attachments: # 1 Affidavit)(Hutt, Abraham) (Entered: 09/06/2018) |
| 09/07/2018 | 145 | LETTER Transmitting Notice of Appeal to all counsel advising of the transmittal of the 143 Notice of Appeal as to Shawn Shields to the U.S. Court of Appeals. ( CJA, 1915 motion filed,) (Attachments: # 1 Docket Sheet, # 2 Preliminary Record) (athom, ) (Entered: 09/07/2018) |
| 09/07/2018 | 146 | USCA Case Number 18-1364 as to Shawn Shields for 143 Notice of Appeal filed by Shawn Shields. (athom, ) (Entered: 09/07/2018) |
| 09/10/2018 | 147 | JUDGMENT as to defendant Shawn Shields. Count 1: Imprisonment: 37 months. Supervised release: three years, to be served consecutively to any present state or federal sentence. Special assessment: $100. By Judge Robert E. Blackburn on 9/10/2018. (lrobe) (Entered: 09/10/2018) |
| 09/10/2018 | 148 | STATEMENT OF REASONS as to Shawn Shields. (lrobe) (Entered: 09/10/2018) |
| 09/10/2018 | 149 | ORDER as to Shawn Shields re 143 Notice of Appeal. Mr. Shield's Motion to Proceed on Appeal Without Payment of Fees or Costs [ # 144 ] is granted. By Judge Robert E. Blackburn on 09/10/2018. (athom, ) (Entered: 09/10/2018) |
| 09/21/2018 | 150 | DESIGNATION OF RECORD ON APPEAL re 143 Notice of Appeal by Shawn Shields. (Attachments: # 1 Docket Sheet)(Hutt, Abraham) (Entered: 09/21/2018) |
| 09/27/2018 | 151 | TRANSCRIPT ORDER FORM re 143 Notice of Appeal by Shawn Shields. (Hutt, Abraham) (Entered: 09/27/2018) |
| 09/28/2018 | 152 | ORDER of USCA granting attorney Abraham V. Hutt's motion to withdraw as attorney and appointing attorney Deborah Lynn Roden as counsel for appellant Shawn Shields re 143 Notice of Appeal. Supplemental transcript order form and designation of record, if warranted, due 10/18/2018 for Shawn Shields (USCA Case No. 18-1364) (athom, ) (Entered: 09/28/2018) |

**PACER Service Center**

| Transaction Receipt | | | |
|---|---|---|---|
| 10/09/2018 12:56:13 | | | |
| PACER Login: | dlroden10:5475910:0 | Client Code: | shields |
| Description: | Docket Report | Search Criteria: | 1:15-cr-00200-REB |
| Billable Pages: | 11 | Cost: | 1.10 |