IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 15-CR-00200-REB

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SHAWN SHIELDS,

    Defendant.

_____

**REPORTER'S TRANSCRIPT**
(Status Conference)

_____

    Proceedings before the HONORABLE ROBERT E. BLACKBURN, Judge, United States District Court for the District of Colorado, commencing at 10:09 a.m., on the 18th day of October, 2017, in Courtroom A1001, United States Courthouse, Denver, Colorado.

Proceeding Recorded by Mechanical Stenography, Transcription Produced via Computer by Tracy Weir, 901 19th Street, Room A258, Denver, Colorado 80294, (303) 298-1207

|   |   |
|---|---|
| 1 | **APPEARANCES** |
| 2 | VALERIA SPENCER and CLAY COOK, Assistant U.S. |
| 3 | Attorneys, 1801 California Street, Suite 1600, Denver, Colorado |
| 4 | 80202, appearing for the plaintiff. |
| 5 | ABRAHAM HUTT, Attorney at Law, Recht & Kornfeld, P.C., |
| 6 | 1600 Stout Street, Suite 1400, Denver, Colorado 80202, |
| 7 | appearing for the defendant. |
| 8 | *   *   *   *   * |
| 9 | **PROCEEDINGS** |
| 10 | (In open court at 10:09 a.m.) |
| 11 | *THE COURT:*  Good morning, and thank you.  Please be |
| 12 | seated wherever you are. |
| 13 | Thank you.  We open the record now in case |
| 14 | 15-cr-00200, identified as United States of America versus |
| 15 | Shawn Shields, defendant. |
| 16 | The matter comes before this Court for Status |
| 17 | Conference; thus, commencing with the Government and |
| 18 | transitioning to the defense, may I have your appearances, |
| 19 | please. |
| 20 | *MR. COOK:*  Good morning, Your Honor.  Clay Cook on |
| 21 | behalf of the United States. |
| 22 | *MS. SPENCER:*  Your Honor, Valeria Spencer on behalf of |
| 23 | the United States. |
| 24 | *THE COURT:*  Good morning. |
| 25 | *MR. HUTT:*  Good morning, Your Honor.  Abraham Hutt on |

1  behalf of Mr. Shields who appears, I think as the Court is
2  aware, by video. I can see him, and I know he can see me on
3  the screen.
4        *THE COURT:* Very well. Good morning to both of you.
5        The purpose of the Status Conference is to discuss the
6  status of the case from the perspective of the Court. It
7  appears trial ready; that is, ready to be set for trial and
8  antecedent Trial Preparation Conference.
9        Before we proceed to schedule those important matters,
10 I intend first to hear from respective counsel. Is there any
11 report by the Government concerning the status of this case and
12 affecting the issue of whether or not it is trial ready?
13       *MR. COOK:* Your Honor, the Government came here this
14 morning anticipating to set a trial date. I know there's 43
15 days remaining on speedy.
16       Once the Court's order -- as of tomorrow, the Court's
17 order ends speedy tolling to date. We did speak with Mr. Hutt
18 before. I think he has a different position. We are prepared
19 to set trial dates.
20       *THE COURT:* Very well. Thank you. The position of
21 the defendant and his counsel, Mr. Hutt.
22       *MR. HUTT:* Thank you, Your Honor.
23       *THE COURT:* You're welcome.
24       *MR. HUTT:* I do want to ask the Court for an ends of
25 justice tolling of speedy trial for another 60 days. I will

1  follow up with a written motion.  I apologize for not having
2  done that prior to today.
3          The primary -- there are two primary reasons.  One is
4  that there are transcripts of previous proceedings in the case
5  that I have not yet been able to order or, therefore, review,
6  and make sure that, for lack of a better word, I'm up to speed
7  on precisely what's been done.
8          In addition, Mr. Shields and I were able to have one
9  telephone conversation.  Frankly, this morning is the very
10 first time we're seeing one another over this video link-up,
11 and it is my intention, once I've had a chance to review
12 additional information, such as the transcripts and information
13 that Mr. Shields has been able to mail to me to, be able to sit
14 down with him in person to discuss what I know are additional
15 motions that he is asking that I bring before the Court.
16         In anticipation of those things, along with, frankly,
17 a busy trial schedule that I have coming up in the next 30 to
18 45 days, and because I feel like, in addition, we've had a
19 conversation this morning that I have not yet been in the
20 position to be able to communicate any matter of plea
21 negotiation to Mr. Shields, something I always feel is
22 appropriate when I come into a new case even though it's had
23 some history and that that's something that the prosecutors
24 this morning have indicated an interest, a discussion that they
25 have interest in pursuing.

```
 1            For all of those reasons, I anticipate asking the
 2   Court for an additional 60-day ends of justice exclusion from
 3   speedy trial with the conclusion there might be another
 4   substantive motion or two, the filing of which would impact
 5   speedy trial.
 6            So my preference, if the Court is willing, would be
 7   not to set the case yet for trial.  If the Court is willing to
 8   set another Status Conference in approximately 60 days,or
 9   perhaps another deadline for my filing of any additional
10   motions.
11            THE COURT:  Well, I take the position that the
12   defendant through quondam counsel has had a reasonable time to
13   file nonCJA motions.
14            The change of counsel, if you will, does not ipso
15   facto entitle new counsel the opportunity to file additional
16   nonCJA pretrial motions.  Before I would permit that, you need
17   to seek the leave and approbation of the Court to do so and
18   cogently persuade the Court that there's some reason in fact or
19   in law that the opportunity for the filing of pretrial motions
20   should be extended beyond the deadlines which were imposed
21   after conferral with counsel.
22            MR. HUTT:  I understand, Your Honor.  That makes sense
23   to me.
24            THE COURT:  You know, I'm looking at a case that was
25   filed in 2015.  Soon it will be 2018.  This case begs for
```

1  resolution, and from my perspective, an Article III
2  perspective, it begs for resolution for trial by jury.
3  　　　　　Now, I will permit you, of course, to file the
4  anticipated motion to exclude additional time for a speedy
5  trial.  If I do not see that within the ensuing 72 hours, I
6  will sua sponte set this matter for trial by jury preceded by
7  an antecedent Trial Preparation Conference to ensure that both
8  the Government and Mr. Shields is afforded a speedy trial as
9  provided under the Speedy Trial Act of 1974.
10 　　　　　Thus, I'm not going to take any additional action in
11 this case pending the filing of your advertised Motion to
12 Exclude Additional Time under the Act.
13 　　　　　And then I will provide the Government a reasonable
14 time to respond if it cares to do so, and the case will proceed
15 accordingly.
16 　　　　　The Court reserves discretion, of course, to set this
17 matter for additional hearing, for further Status Conference,
18 or to simply set this matter for trial and Trial Preparation
19 Conference, and that's how we'll proceed in this case.
20 　　　　　*MR. HUTT:*  Very well, Your Honor.  Thank you, Your
21 Honor.
22 　　　　　*THE COURT:*  You're welcome.  You may be seated, of
23 course, Counsel.
24 　　　　　*MR. HUTT:*  Thank you, sir.
25 　　　　　*THE COURT:*  You're welcome.

1            The Court has conducted the Status Conference that it
2  ordered previously.  During that Status Conference, it received
3  the position and any concomitant recommendation and request of
4  the parties, Government and defense alike.
5            The Court indicated its concern that the case has been
6  pending for a sufficient time that it cries out to be resolved
7  sooner rather than later, including after trial by jury, if
8  necessary, in these circumstances.
9            The Court intends to provide a reasonable, albeit
10 brief, time for counsel for defendant to file an advertised
11 Motion to Exclude Additional Time, approximately 60 days from
12 today's date, for the conduct of a speedy trial under the Act.
13           Of course, if the defendant fails to file such a
14 motion in the time about to be authorized by the Court, then
15 the Court may exercise its discretion to set this matter for
16 additional Status Conference or to proceed to set this matter
17 for trial and antecedent Trial Preparation Conference in the
18 time remaining for a speedy trial under the Act.
19           Therefore, it is ordered as follows:
20           That the defendant may file a motion seeking to
21 exclude additional time for a speedy trial under the Act by
22 Monday, October 23, 2017.
23           That if no such motion is filed by October 23, 2017,
24 then the Court may exercise its discretion to set this matter
25 for additional Status Conference or, in the alternative, to set

1  this matter for trial and antecedent Trial Preparation
2  Conference in the time remaining for a speedy trial under the
3  Speedy Trial Act.
4              Done in open court effective forthwith.
5              Further business in this matter now by the Government?
6              *MR. COOK:*  No, Your Honor.  Thank you.
7              *THE COURT:*  You're welcome.  Or by the defense,
8  Mr. Hutt?
9              *MR. HUTT:*  No, sir.
10             *THE COURT:*  Very well.  Please close the record in
11 this matter.  The Court is in recess until 11:00 a.m.
12             Madam Clerk.
13             (Court stood in recess at 10:20 a.m.)
14                            * * * *
15                      **REPORTER'S CERTIFICATE**
16    I certify that the foregoing is a correct transcript from
17 the record of proceedings in the above-entitled matter.  Dated
18 at Denver, Colorado, this 26th day of October, 2018.
19
20                                          *S/Tracy Weir*
                                            Tracy Weir