FILED
United States Court of Appeals
Tenth Circuit

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

March 11, 2019

Elisabeth A. Shumaker
Clerk of Court

———————————————

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff - Appellee, | |
| v. | No. 18-1364 |
| SHAWN SHIELDS, | (D.C. No. 1:15-CR-00200-REB-1) (D. Colo.) |
| Defendant - Appellant. | |

———————————————

**ORDER**

———————————————

This matter is before the court on the United States' *Motion to Supplement the Record*. The request is unopposed. Upon consideration, and as directed in this order, the motion is granted.

The record shall be supplemented with Government Exhibits 3a and 3d. *See* Dist. Court No. 120 (United States' Exhibit List). On or before March 18, 2019 these exhibits, which are in the form of DVDs, shall be *received* in the clerk's office. In the Exhibit List the files are described, respectively, as "ADX Video J-A 764 lower level [e]ast" and "ADX Video J-A 761 upper level west." When they are submitted the DVDs must be clearly marked with this appeal number and as a record supplement. A copy of this order shall also be transmitted with the video.

The DVDs will be included as a supplement to the record materials already on file.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk